No. 05–124.  BDT Products, Inc., et al. v. Lexmark International, Inc. (two judgments).  C. A. 6th Cir.  Certiorari denied.

No. 05–125.  Aster v. Aster.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 05–127.  Guldman et al. v. United States.  C. A. Fed. Cir.  Certiorari denied.

No. 05–129.  Cohen v. Kremen.  C. A. 9th Cir.  Certiorari denied.

No. 05–131.  Stearns Co., Ltd. v. United States.  C. A. Fed. Cir.  Certiorari denied.

No. 05–132.  Roush v. Chalkey.  Super. Ct. Pa.  Certiorari denied.

No. 05–133.  McWilliams v. Amstaff et al.  Sup. Ct. Fla.  Certiorari denied.

No. 05–135.  Acree et al. v. Tyson Bearing Co., Inc.  C. A. 6th Cir.  Certiorari denied.

No. 05–137.  Schneider et al. v. Will County, Illinois, et al.  C. A. 7th Cir.  Certiorari denied.

No. 05–138.  Lick Fork Marina, Inc. v. Indiana.  Ct. App. Ind.  Certiorari denied.

No. 05–140.  Keyter v. Bush, President of the United States.  C. A. D. C. Cir.  Certiorari denied.

No. 05–142.  Hodges v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 05–143.  Gilroy v. Letterman et al.  C. A. 1st Cir.  Certiorari denied.

No. 05–144.  Bank of Louisiana v. Craig's Stores of Texas, Inc.  C. A. 5th Cir.  Certiorari denied.